IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| NANCY FAULK | : | CIVIL ACTION NO. |
| | : | |
| V. | : | JUDGE: |
| | : | |
| ERIC K. SHINSEKI | : | |
| SECRETARY OF U.S. DEPARTMENT | : | MAGISTRATE: |
| OF VETERANS AFFAIRS | : | JURY DEMAND |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes NANCY FAULK, ("Plaintiff"), who respectfully represents the following:

### I. JURISDICTION

1. This is an action for declaratory, injunctive and monetary relief for discrimination and retaliation in violation of Title VII of the Civil Rights Act, as amended, by the Civil Rights Act of 1991, codified at 42 U.S.C., Section 2000 et. seq. Jurisdiction is based on 29 U.S.C., 42 U.S.C. Section 2000e-5(f)(3) and 28 U.S.C. Section 1331.

### II. PARTIES

2. Plaintiff, NANCY FAULK, ("Plaintiff" or "Faulk") is an adult female and a resident of State of Louisiana currently residing in Caddo Parish, Louisiana.

3. Made Defendant in this action is: ERIC K. SHINSEKI, in his official capacity of SECRETARY OF U.S. DEPARTMENT OF VETERANS AFFAIRS ("Defendant").

4. Defendant was Plaintiff's "employer" within the meaning of 42 U.S.C. 2000e-(b).

1

### III. VENUE

5. Venue lies in this Court as the unlawful employment practices and other actions made the basis of this suit occurred within the Western District of Louisiana.

### IV. FACTUAL ALLEGATIONS

6. Plaintiff, NANCY FAULK, is employed as a Nurse IV, Associate Chief Nurse for Acute Care and Mental Health, at the Department of the Veterans Affairs Hospital, located in Shreveport, Louisiana.

7. In August, 2010, approximately twenty three (23) employees were identified as participating in the falsification of competency records. All administrative people were put on administrative leave pending an Administrative Investigation Board decision ("AIB"). All administrative people placed on leave denied any wrongdoing.

8. The Defendants initially reviewed the records and recommended disciplinary action against three African American employees out of the twenty three identified.

9. Harriett Cunningham and Kimberly Banks, two of the African American employees for whom discipline was recommended, filed An EEO complaint alleging race and age discrimination.

10. As part of the investigation of Ms. Cunningham's and Ms. Banks' complaints, Plaintiff was interviewed by the EEO investigator. During these interviews Plaintiff opposed the race discrimination, stating that she "believed that race was a factor in the events at issue as the three nurses initially targeted were African American." Plaintiff also denied that Ms. Cunningham, Ms. Banks or Plaintiff had been guilty of any wrongdoing.

11. Following the testimony, Plaintiff became the subject of reverse race

discrimination and was retaliated against because of her opposition to the discrimination against Ms. Cunningham, Ms. Banks and other African American women

12. Subsequent to Plaintiff's interview with the EEO officer, the AIB issued a report and, as a result thereof, Plaintiff was reassigned to a position in Patient Safety.

13. Believing that she had been retaliated against for her opposition to race discrimination and discriminated against herself, Plaintiff contacted the EEO Coordinator on March 23, 2011 and made a formal Complaint on May 5, 2011.

14. Following the filing of her own EEO Complaint, Plaintiff was transferred to the position of Acting Risk Manager, Staff Nurse, and Business Office Case Manager. Additionally, Plaintiff's grade was reduced from a Nurse IV to a Nurse III, and she received a minimally "satisfactory performance appraisal" that was later changed to "unsatisfactory," that was then revised to "fully successful." Neither of the two rating officials had ever supervised the Plaintiff during this review period.

15. Besides being demoted, Plaintiff was denied requests for reassignment. Plaintiff requested a reassignment to and applied for the positions of Assistant Chief for Mental and Acting Chief Nurse MH, Shreveport, LA, and was denied. Plaintiff also applied for, but was not selected for the position of Associate Chief Nurse of Mental Health Service, Shreveport, LA. Additionally, management officials refused to communicate with Plaintiff about Plaintiff's concerns, and she was forced to inactivate her Advanced Practice Nursing License (APN), she was not allowed to participate in speaking engagements, and actions were taken by the Acting Nurse Executive to have Plaintiff removed from the National Mental Health Field Advisory Committee.

16. Once again believing that she was being discriminated against on the basis of race (White), age (Year of Birth: 1956) and reprisal (opposition clause), the Plaintiff contacted EEO Counselors on February 24, 2012, and June 6, 2012. Informal counseling did not result in a resolution of her complaints, and Plaintiff filed additional formal complaints on April 6, 2012, and July 27, 2012, noting that she continued to be subjected to discrimination and retaliation by Defendant in a way that included, but was not limited to: (i) Plaintiff was informed that she had been referred to by administrative staff as "toxic or radioactive", (ii) Plaintiff was also told that she had been selected as the most qualified and preferred candidate for the positions she had requested reassignment to and applied for, but was not selected due to decisions made by administration; (iii) The Contract EEO investigator (Case: 2003-0667-2012103418) stated in his final report Investigator's Memorandum that he could not find anyone to explain why the Plaintiff had not been selected for the position (Associate Chief Nurse for Mental Health).

17. The management officials named as responsible management officials in these complaints are Sheila Creekmore, Acting Nurse Executive (Caucasian, age 57), Michael Palmier, Chief of Human Resources, (Caucasian, Age 50), Dr. Virginia Short, Chief of Staff 10 (white, Year of Birth: 1956), Hazel Taylor-Smith, Mental Health Intensive Case Management Program Coordinator, (black, year of birth: 1954), Ceagus Reed, Acting Deputy Network Director, (black, year of birth: 1951), Kathleen Fogarty, Acting Director, (Caucasian, year of birth: 1959), Ronald Schneider, Chief of Mental Health Service (white, age 40), George Gray, Network Director of VISN 16 (race and age not available), Ruth Davis, Associate Director for Patient Care Services (race not available), Cynthia Andrews Nurse Executive of the Mental Health Care Line at the VA Medical Center in Houston, Texas (black female), and a Family Nurse Practitioner in the

Substance Abuse Clinic of the Southern Louisiana Health Care System, New Orleans, Louisiana.

18. All administrative prerequisites have been satisfied.

### V. CAUSES OF ACTION

#### COUNT ONE
#### Race Discrimination 42 U.S.C. Section 2000(e) et seq

Plaintiff incorporates by reference, as if set out in full, the allegations of Paragraphs 1-18 above.

19. The actions, conduct and practices of Defendant complained of herein constitute purposeful discrimination against Plaintiff based upon her race in violation of 42 U.S.C. Section 2000e et. seq.

20. Plaintiff timely filed a complaint with the Department of Veterans Affairs and has received the Final Agency Decision and a Right to File a Civil Action on August 28, 2013.

21. As to Count One above, the Defendant's actions complained of herein were performed with malice or reckless indifference to and in knowing violation or reckless disregard of Plaintiff's federally-protected rights and caused Plaintiff emotional distress.

#### COUNT TWO
#### Retaliation 42 U.S.C. Section 2000(e) et seq

Plaintiff incorporates by reference, as if set out in full, the allegations of Paragraphs 1-21 above.

22. The actions, conduct and practices of Defendant complained of herein constitute purposeful retaliation against Plaintiff based upon her opposition to the racial discrimination of African Americans, and her opposition to the discrimination and retaliation she experienced, all in violation of 42 U.S.C. Section 2000(e) et. seq.

23. Plaintiff timely filed a complaint with the Department of Veterans Affairs and has received the Final Agency Decision and a Right to File a Civil Action on August 28, 2013.

24. As to Count Two above, the Defendant's actions complained of herein were performed with malice or reckless indifference to and in knowing violation or reckless disregard of Plaintiff's federally-protected rights and caused Plaintiff emotional distress.

## VI. JURY TRIAL DEMANDED

25. Plaintiff demands a trial by jury as to all matters permitted by law.

## VII. RELIEF

WHEREFORE, PLAINTIFF PRAYS:

(A) that the Court declare the employment practices of which complaint is made to be in violation of 42 U.S.C. Section 2000(e) *et. seq.*, and otherwise inculpatory and illegal;

(B) that the Court order Defendant to cease the discriminatory and retaliatory conduct enumerated herein and enjoin Defendant from engaging in further discrimination and retaliation against Plaintiff;

(C) that the Court order Defendant to pay front pay and lost future wages in amounts to be determined by the jury;

(D) that Plaintiff be awarded back pay, including prejudgment interest, and any other benefits or seniority to which she may have been entitled or which she may have lost as a result of the discrimination against her;

(E) that Plaintiff be awarded compensatory and liquidated punitive damages pursuant to 42 U.S.C. 1981a and other applicable state law;

(F) that Plaintiff be awarded the costs of this action, including attorneys' fees,

6

pursuant to 42 U.S.C. Section 2000(e)-5(k) and other applicable State law;

  (G) for trial by jury for those matters triable to a jury; and

  (H) that Plaintiff be awarded such other and further relief as the Court finds equitable, just and proper.

        Respectfully submitted,

        DAVIDSON, JONES & SUMMERS
        A Professional Law Corporation
        509 Market Street, Suite 1000
        Shreveport, Louisiana 71101
        Phone: (318) 424-4342
        Fax: (318) 226-0168

        Allison A. Jones, Bar No. 16990


  By:   */s/Allison A. Jones*
      ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| NANCY FAULK | : | CIVIL ACTION NO. |
| | : | |
| V. | : | JUDGE: |
| | : | |
| ERIC K. SHINSEKI | : | |
| SECRETARY OF U.S. DEPARTMENT | : | MAGISTRATE: |
| OF VETERANS AFFAIRS | : | JURY DEMAND |

## VERIFICATION

BEFORE ME, the undersigned counsel, personally came and appeared NANCY FAULK, who, after being first duly sworn, stated that she as read the foregoing Complaint and that all allegations contained therein are true and correct to the best of her knowledge, information and belief.

_____
NANCY FAULK

THUS DONE AND SIGNED before me, Notary, this 22nd day of November, 2013 in Shreveport, Caddo Parish, Louisiana.

_____
NOTARY PUBLIC